RE SEREN A MAY
167 38 109<sup>D</sup>
Jamarc ny

3/5/2020

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2020 MAR 11  A 11: EX PARTE
RECEIVED/MR 19-46761

Honor Audrey Hershey-lord

I'm writting this ex part letter because you seem to not understand, you keep saying Judge Pamala Jackman Brown, "Took the Hammer Down.

I went to trail and when I won that Judge Tracy Fox put the Hammer Down, the problem is worse "I never was in a courtroom with Honor Pam Jackman Brown. once I won case no one on Plaintiff's case ever filed a Appeal, Furthermore at Appeallate Court the Deputy pretend to be Judge and have "Hearing" I asked for his oath of office, he also wrote a bogus motion with fake documents. Your a Judge? Res judicata, I was Kidnapped, 14, 4 Admendment, and you stand there and engage in ~~fraud~~, there is no "NOTES" and the plaintiff knows it but Feel SAFE Lying to Honor. WHO Hammer is Bigger Tracy Fox or Pam Jackman Brown? the proof of claim is FRAUD, MERS unperfected All the "NOTES" under UCC 2013032035 the Lawyers Are Foreclosed and Forbitten from Bringing in Security instruments pretending

they are mortgage instruments, the mortgage and NOTE "were CONVERTED into Security instruments and DEAD Corps are in your Court room Violation my 4, 14, 5 DUE process along with the independent TRUSTEE MARIANN DEROSA " TRUSTEE has the highest duty of care to administer the ASSETS of the Trust/House For the Benefit of the Trust's BENEFICIARY

EXECUTOR = Judge Is a Fiducary, has the Highest duty of care in "ADMINistering the ESTATE For the benefit of the Beneficarcy "ME

Your TRUSTEE IS ENGAGED with FRAUD also she's Trying to be the EXECUTOR and BENEFICARY she's playing Two many Roles, ignoring the TRACY FOX. OR has the SUPREME COURT (QUEENS County having FAKE unregister people pretending to be judges, on Nigros cases) Is or was Tracy Fox A Judge 9/29/2015? Again my rights are being Violated in your Court Room, I perfected my Home 2017 Again. 42 USC Section 198 Deprived of my Rights. All mortgages ARE BIFURCATED UCC1-308 N.Y. STATE DO NOT ALLOW

SERENA A MAY AKA JANE DOE
AUV, HJR-192 Ph 73.10

## Form 1099-A — Acquisition or Abandonment of Secured Property (Copy A)

**Lender:** RENA A. MAY, 738 109rd, JAMAICA N.Y. 11433
**Lender's TIN:** [redacted]1394
**Borrower's TIN:** 283 6385
**Borrower's name:** D ERIC MAY
**Borrower's address:** 36 HEWLETT LN, HEWLETT NY 11557
**Account number:** 627207

1. Date of lender's acquisition or knowledge of abandonment: 3/5/2020
2. Balance of principal outstanding: $568,084.09
4. Fair market value of property: 868,084.090
5. Check if the borrower was personally liable for repayment of the debt: ✓
6. Description of property: PAYMENT FOR HOUSE, that's PAID FOR ALREADY  HJR-192-PL73.10 A4V

---

## Form 1099-A — Acquisition or Abandonment of Secured Property

**Lender:** RENA A. MAY, 738 109rd, JAMAICA N.Y. 11433
**Lender's TIN:** [redacted]1394
**Borrower's name:** ZI ANN DEROSA
**Borrower's address:** JERICHO Quadrangle STE 127, JERICHO NY 11753
**Account number:** 627270  80627207

1. Date of lender's acquisition or knowledge of abandonment: 3/5/2020
2. Balance of principal outstanding: $568,084.08
4. Fair market value of property: 568,084.090
5. Check if the borrower was personally liable for repayment of the debt: ✓
6. Description of property: PAYMENT FOR HOME, STOLEN BY TRUSTEE AND REAL ESTATE

---

## Form 1099-A — Acquisition or Abandonment of Secured Property

**Lender:** RENA A. MAY
**Account number:** 627207

(remaining fields blank)

# Certification

**STATE OF NEW YORK, COUNTY OF QUEENS, SS:**

**/ I. Pheffer, County Clerk and Clerk of Supreme Court Queens County, do hereby certify that on December 26, 2019 I have compared**

the document attached hereto,

**2 PAPER FILED MEMORANDUM REPORT AFTER TRIAL** filed 9/29/2015 page(s) 1-10.

SERENA A MAY Winner.

the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

*Audrey I. Pheffer*
**AUDREY I. PHEFFER**
**QUEENS COUNTY CLERK**

Fill in this information to identify the case:

Debtor 1   SERENA A MAY

Debtor 2
(Spouse, if filing)   -

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number   19-46761

## Official Form 410
# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not u form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach reda of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scar documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 1! 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 30 received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Tru Mortgage Pass-Through Certificates, Series 2005-FF10<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Select Portfolio Servicing, Inc.<br>Name<br><br>P.O. Box 65250<br>Number     Street<br><br>Salt Lake City    UT    84165-0250<br>City         State    ZIP Code<br><br>Contact phone   Tel # 1-800-258-8602<br><br>Contact email   N/A | Where should payments to the creditor b different)<br><br>Select Portfolio Servicing, Inc.<br>Name<br><br>Attn: Remittance Processing, P.O. Box 654<br>Number     Street<br><br>Salt Lake City    UT    84165-0450<br>City         State    ZIP Code<br><br>Contact phone   Tel # 1-800-258-8602<br><br>Contact email   N/A |
| | Uniform claim identifier for electronic payments in chapter (if you use one):<br>_____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>                                                                    MM / DD / YY |
| 5. Do you know if anyone else has filed a proof of claim for this claims? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

|  | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No  ☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|---|
|  |  | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
|  |  | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C § 507(a)(7). | $_____ |
|  |  | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C § 507(a)(4). | $_____ |
|  |  | ☐ Taxes or penalties owed to governmental units. 11 U.S.C § 507(a)(8). | $_____ |
|  |  | ☐ Contributions to an employee benefit plan. 11 U.S.C § 507(a)(5). | $_____ |
|  |  | ☐ Other. Specify subsection of 11 U.S.C § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adju

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment th calculating the amount of the claim, the creditor gave the debtor credit for any payments receive the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the infor true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 01/17/2020

FAKE

Signature: /S/ Ted E. May

Print the name of the person who is completing and signing this claim:

Name: Ted May
Title: Attorney
Company: Sheldon May & Associates PC
Address: 255 Merrick Road
Rockville Centre, NY 11570
Contact phone: 516 763-3200   Email: info@maylawfir